THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff <br><br> v. <br><br> THE SYGMA NETWORK, INC., a Delaware corporation, <br><br> Defendant. | NO.   2:24-cv-00730-RSM <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid and Thomas A. Leahy of Reid, Ballew, Leahy & Holland, L.L.P., attorneys for Plaintiff, and Daniel Rhim of Littler Mendelson, P.C., attorneys for Defendant, The Sygma Network, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

//

//

//

//

//

DATED this  8  day of October, 2024.

| REID, BALLEW, LEAHY & HOLLAND, L.L.P. | LITTLER MENDELSON, P.C. |
|---|---|
| _/s/ Russell J. Reid_<br>Russell J. Reid, WSBA #2560<br>Thomas A. Leahy, WSBA #26365<br>100 West Harrison Street, N. Tower #300<br>Seattle WA 98119<br>(206) 28509464<br>Emails: rjr@rmbllaw.com /tom@rmbllaw.com | _/s/ Daniel Rhim_<br>Daniel Rhim, WSBA #58302<br>600 University Street, Suite 3200<br>Seattle WA 98101.3122<br>(206) 623-3300<br>Email:  drhim@littler.com |
| Attorneys for Plaintiff | Attorney for Defendant |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

ORDER ENTERED this 9th day of October, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

//

//

//

Submitted for Entry:

REID, BALLEW, LEAHY & HOLLAND, L.L.P.


By _____/s/ Russell J. Reid_____
   Russell J. Reid, WSBA #2560
   Thomas A. Leahy, WSBA #26365
   100 West Harrison Street, N. Tower #300
   Seattle WA 98119
   (206) 285-0464
   Emails: rjr@rmbllaw.com / tom@rmbllaw.com
   Attorneys for Plaintiff